IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alicia R. Monge, ) | No. CV 04-538-TUC-RCC |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On September 27, 2007, the Honorable Hector C. Estrada, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 28). The Recommendation advised the Court to DENY Plaintiff's Motion to Submit New Evidence (Docket No. 26), GRANT the Plaintiff's Motion for Summary Judgment (Docket No. 12), DENY the Defendant's Cross-Motion for Summary Judgment (Docket No. 23), and REMAND this matter for an award of benefits.

The Court considers the Recommendation (Docket No. 28) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Estrada.

DATED this 22nd day of October, 2007.

_____
Raner C. Collins
United States District Judge